IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARKNINJA OPERATING LLC, SHARKNINJA SALES COMPANY OMACHRON ALPHA INC., and OMACHRON INTELLECTUAL PROPERTY INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> DYSON, INC. and DYSON TECHNOLOGY LIMITED, <br><br> *Defendants*. | Case No. 1:23-cv-12372-ADB <br><br> **JURY TRIAL DEMANDED** |
| DYSON, INC. and DYSON TECHNOLOGY LIMITED, <br><br> *Counterclaim Plaintiffs*, <br><br> v. <br><br> SHARKNINJA OPERATING LLC, SHARKNINJA SALES COMPANY, SHARKNINJA, INC., OMACHRON ALPHA INC., and OMACHRON INTELLECTUAL PROPERTY INC., <br><br> *Counterclaim Defendants*. | |

## DYSON'S MOTION TO AMEND THE CASE SCHEDULE

Defendants and Counterclaim Plaintiffs, Dyson, Inc. and Dyson Technology Limited respectfully move the Court, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, and Rule 16.1(g) of the Local Rules of this District, to amend the the December 1, 2023 Scheduling Order (Dkts. 103, 104), for the reasons set forth in the accompanying Memorandum.

| | |
|---|---|
| DATED: June 14, 2024 | Respectfully submitted,<br><br>*/s/ Jay Emerick*<br>Kristina R. Cary (BBO #688759)<br>**KIRKLAND & ELLIS LLP**<br>200 Clarendon Street<br>Boston, MA 02116<br>Tel: 617-385-7500<br>Fax: 617-385-7501<br>kristina.cary@kirkland.com<br><br>Bryan S. Hales, P.C.<br>Jay Emerick<br>Adam Janes<br>**KIRKLAND & ELLIS LLP**<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>Tel: 312.862.2000<br>Fax: 312.862.2200<br>bhales@kirkland.com<br>jay.emerick@kirkland.com<br>adam.janes@kirkland.com<br><br>*Attorneys for Defendants and Counterclaim Plaintiffs* |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for Dyson conferred with counsel for SharkNinja on May 29, 2024 and June 3, 2024. Counsel for SharkNinja advised that they oppose this motion.

| | |
|---|---|
| June 14, 2024 | */s/ Jay Emerick*<br>Jay Emerick |

1

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on this 14th day of June, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via email. Any other counsel of record will be served by first class mail.

*/s/ Jay Emerick*
Jay Emerick