## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARKNINJA OPERATING LLC, SHARKNINJA SALES COMPANY, OMACHRON ALPHA INC. and OMACHRON INTELLECTUAL PROPERTY INC. <br><br> *Plaintiffs* <br><br> v. <br><br> DYSON, INC. and DYSON TECHNOLOGY LIMITED, <br><br> *Defendants.* | C.A. No. 1:23-cv-12372-ADB <br><br> **JURY TRIAL DEMANDED** |
| DYSON, INC. and DYSON TECHNOLOGY LIMITED, <br><br> *Counterclaim-Plaintiffs*, <br><br> v. <br><br> SHARKNINJA OPERATING LLC, SHARKNINJA SALES COMPANY, SHARKNINJA, INC., OMACHRON ALPHA INC. and OMACHRON INTELLECTUAL PROPERTY INC. <br><br> *Counterclaim-Defendants.* | |

## JOINT MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE CLAIM CONSTRUCTION BRIEFS

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs and Counterclaim-Defendants

SharkNinja Operating LLC, SharkNinja Sales Company, SharkNinja, Inc., Omachron Alpha Inc.,

and Omachron Intellectual Property Inc. and Defendants and Counterclaim-Plaintiffs Dyson, Inc.

and Dyson Technology Limited (altogether, the "Parties") by and through their respective counsels

respectfully move this Court for an extension of time to file responsive claim construction briefs

to June 25, 2024.  The current schedule currently has responsive claim construction briefs due on June 21, 2024.  D.I. 103 & 104.

Federal Rule of Civil Procedure 6(b)(1) states that a "court may, for good cause, extend the time" for a deadline.  Good cause exists here to grant the Parties' modest two-day extension request.  This extension request does not prejudice either of the Parties, who both agree to this extension, or the Court, as the present *Markman* hearing is not set to occur, at the earliest, until on or around July 16th.  D.I. 103 & 104.

WHEREFORE, the Parties therefore respectfully requests that this Court enter an Order (1) granting the Parties' Joint Motion for an Extension of Time to File Responsive Claim Construction Briefs to July 25, 2024.

Dated: June 20, 2024

Respectfully submitted,

/s/ Jay Emerick
Kristina R. Cary (BBO #688759)
**KIRKLAND & ELLIS LLP**
200 Clarendon Street
Boston, MA 02116
Tel: 617-385-7500
Fax: 617-385-7501
kristina.cary@kirkland.com

Bryan S. Hales, P.C.
Jay Emerick
Adam Janes
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: 312.862.2000
Fax: 312.862.2200
bhales@kirkland.com
jay.emerick@kirkland.com
adam.janes@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*

/s/ Joseph J. Mueller
Joseph J. Mueller
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
(617) 526-6000
joseph.mueller@wilmerhale.com

Todd C. Zubler (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
(202) 663-6000
todd.zubler@wilmerhale.com

Omar A. Khan (*pro hac vice*)
Jeffrey A. Dennhardt (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street

New York, NY 10007
(212) 230-8800
omar.khan@wilmerhale.com
jeffrey.dennhardt@wilmerhale.com

OF COUNSEL:
Brian A. Rosenthal (*pro hac vice*)
Benjamin Hershkowitz (*pro hac vice*)
Vivian Lu (*pro hac vice*)
Ina Kosova (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue,
New York, NY
10166
(212) 351-4000

Brian M. Buroker (*pro hac vice*)
Wendy W. Cai (*pro hac vice*)
A. David Brzozowski, II (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500

Robert A. Vincent (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue,
Suite 2100
Dallas, TX
75201
(214) 698-3100

*Attorneys for Plaintiffs SharkNinja Operating LLC, SharkNinja Sales Company, SharkNinja, Inc., Omachron Alpha, Inc., and Omachron Intellectual Property, Inc.*

3

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify on June 20, 2024, counsel for SharkNinja

conferred with counsel for Dyson.  Counsel for Dyson advised that they do not oppose this motion.


/s/ Joseph J. Mueller
Joseph J. Mueller

*Attorneys for Plaintiffs SharkNinja Operating LLC, SharkNinja Sales Company, SharkNinja, Inc., Omachron Alpha, Inc., and Omachron Intellectual Property, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2024, a true and correct copy of the foregoing was served

upon all counsel of record via the Court's CM/ECF system.


/s/ Joseph J. Mueller
Joseph J. Mueller

*Attorneys for Plaintiffs SharkNinja Operating LLC, SharkNinja Sales Company, SharkNinja, Inc., Omachron Alpha, Inc., and Omachron Intellectual Property, Inc.*