*SharkNinja Operating LLC et al. v. Dyson, Inc. et al.,*
Case No. 1:23-cv-12372-ADB

# Dyson's Technical Tutorial

September 3, 2024

# SO's Patents Relate To Vacuum Cleaner Configuratons



US 8,607,407

CONFIGURATION OF A HAND VACUUM CLEANER

(57) ABSTRACT

A hand vacuum cleaner comprises at least one cyclone and at least one dirt collection chamber. The dirt collection chamber has an openable door positioned at the front end of the vacuum cleaner.

# As One Example, The '407 Patent Claims A Door At The "Front"



## Claim 23

23. A hand vacuum cleaner comprising:
a) a front end having <mark>a front wall</mark> and a rear end;
b) an air flow passage extending from a dirty air inlet to a clean air outlet;
c) a first cyclone unit positioned in the air flow passage, the first cyclone unit comprising at least one cyclone and at least one dirt collection chamber;
d) the dirt collection chamber having an openable door, <mark>the front wall comprising the openable door</mark>; and,
e) a suction motor positioned in the air flow passage
wherein the door is openable when the dirt collection chamber is mounted
to the hand vacuum cleaner.

3

# SO's Expert: Orientation Terms Such As "Front" Need A Reference Point

**SO's Expert
Mr. Glenn Akhavein**



**Dyson's V8**



Q. As the V8, Exhibit 1, is sitting on the table in front of you, does the handle extend forwardly, rearwardly, both, or neither?

A. To answer that, *you have to have a point of reference*.

Akhavein Dep. Tr. at 17:23-18:5.

4

# SO's Expert: Without A Reference Point, "There's Not An Answer" For How To Interpret Orientation Terms

**SO's Expert
Mr. Glenn Akhavein**



**Dyson's V8**



> Q  Unless you're given a reference point, you're not able to say whether the V8 handle extends upwardly or downwardly; right?
>
> MR. VINCENT:  Object to form, foundation.
>
> THE WITNESS:  Again, I would -- I just answered that.  Unless you are given a reference point, yeah.  It's not that you can't, but if you're not given a reference point, then those terms, there's not an answer for those terms.

Akhavein Dep. Tr. at 28:1-10.

# SO's Expert: "Front" Not Defined By Structural Features Such As The Air Inlet

**SO's Expert
Mr. Glenn Akhavein**



> Q   So a suction inlet can be on the front. A suction inlet could be on the bottom. **The location of the suction inlet doesn't determine what the front of the vacuum is**?
>
> A   **Correct.**   It could be on the bottom of the vacuum. It could be on the front of the vacuum.
>
> Q   **Could be on any part of the vacuum; right?**
>
> A   **That's -- that's a -- yeah.**   I really don't have an opinion on what could possibly be.

Akhavein Dep. Tr. at 182:7:15.

# SO's Expert: "Front" Depends On User Perspective During "Normal" Use, Acknowledges There Is No Reference Point In The Patents Themselves

**SO's Expert
Mr. Glenn Akhavein**





Dkt. 122-11 at 10.

# SO's Expert: "Front" Is The Part Of The Vacuum That Faces The Same Direction As The Front Of The User's Body During Normal Use

**SO's Expert
Mr. Glenn Akhavein**



**Akhavein Dep. Ex. 2
(Dyson's V10)**



> Q   Yeah. So your -- you have defined "front" as being the direction of the vacuum that faces the same direction the front of your body is facing. Agreed?
>
> A   I said that in reference to holding a head unit.

Akhavein Dep. Tr. at 184:13-18.

> Q   We are talking about Exhibit 2. Do you understand that?
>
> MR. VINCENT: Objection, form.
>
> THE WITNESS: Okay. This is the head unit of a vacuum. There is a wand portion. There is a floor cleaning head.

Akhavein Dep. Tr. at 58:1-6.

8

# Dyson's Accused Products Have Multiple "Normal" Uses And Thus Multiple Conflicting "Fronts" That Face The Same Direction As The Front Of The User's Body

  

# Shark's Expert Admits These Are All "Normal Uses," Resulting In Multiple Conflicting "Fronts"







Q. -- is this a *normal use* to clean the ceiling?

A. . . . *If I'm holding it like this, I would consider that normal use.*

Akhavein Dep. Tr. at 169:19–170:5

Q. Is this a *normal use* of the V10 vacuum?

A. As I'm holding it – ... in my hand, *yes*.

Akhavein Dep. Tr. at 170:7-14

Q. And then if you point it towards the camera, is this also a *normal use*?

A. *Yes.*

Akhavein Dep. Tr. at 170:16-18

10

# SO's Expert: "Front" Does Not Depend On Where User Is Looking

**SO's Expert
Mr. Glenn Akhavein**



> Q    Does the front of the vacuum depend at all on where a user's eyes are or is it their body?
>
> MR. VINCENT:    Objection, vague.
>
> THE WITNESS:    I -- I've said before, it's -- <mark>the front of the vacuum is not dependent on where they're looking.</mark>  Let's just say that.

Akhavein Dep. Tr. at 312:1-7.

# In SO's Patents, "Openable Door 158" Changes From The "Front" To The "Upper End" When Rotated



# What Is The "Front" Of A Vacuum Shaped Like A Cylinder, Sphere, Cube, or Cone?

**Yikor Tihoo Desk Vacuum Cleaner**



**Hoover Constellation**



**WORX CubeVac**



**Dirt Devil Kone**



13

# SO's Expert Could Not Determine Any Other Vacuums' Front, Rear, Top Or Bottom

| Dep. Ex. 18 (Ex. 12) | Dep. Ex. 22 (Ex. 13) |
|---|---|
| "[T]here's no way for me to determine what I would call the top or the bottom … ." Ex. 1 at 218:21-219:7. | Q. *Are you able to determine the front, rear, top, or bottom of Exhibit 22?* A. *Nope.* Ex. 1 at 237:8-12. |
| **Dep. Ex. 23** | **Dep. Ex. 21 (Ex. 14)** |
| Q. Does Exhibit 23, can you identify a front, rear, top, or bottom? A: *No. I -- I can't tell you what* -- oh. Cool. *No.* Q *Why not?* A. *I can't.* Ex. 1 at 238:24-239:9. | "I don't have an opinion on what is top, bottom, front, back, any of that." Ex. 1 at 235:5-11. |

14

# SO's Expert Could Not Determine The "Front" Of Any Prior Art Vacuums



# SO's Patents' Attempts To Provide A Reference Point Fail



## Claim 1(e)(iii)

(iii) the handle comprises an upwardly extending portion **when the hand vacuum cleaner is positioned on a horizontal surface**, the upwardly extending portion extends away from the fluid flow motor housing and the passage axis of the dirty fluid inlet intersects the upwardly extending portion of the handle.

16

# Dyson's Accused V8 Can Be "Positioned On A Horizontal Surface" In Many Different Orientations








# SO's Patents' Attempts To Provide A Reference Point Fail

**US 10,080,472**

## Claims 11, 22

**11.** The hand vacuum cleaner of claim **10** wherein <mark>when the hand vacuum cleaner is carried by the handle,</mark> the cyclone axis extends generally horizontally.

**22.** The hand vacuum cleaner of claim **14** wherein the suction motor has a suction motor axis and <mark>when the hand vacuum cleaner is carried by the handle,</mark> the suction motor axis extends generally horizontally.

18

# Dyson's Accused V8 May Be "Carried By The Handle" In Many Orientations





19