IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARKNINJA OPERATING LLC and SHARKNINJA SALES COMPANY,<br><br>and<br><br>OMACHRON ALPHA INC. and OMACHRON INTELLECTUAL PROPERTY INC.<br><br>   *Plaintiffs,*<br><br> v.<br><br>DYSON, INC. and DYSON TECHNOLOGY LIMITED,<br><br>   *Defendants.* | C.A. No. 1:23-cv-12372-ADB<br><br>**JURY TRIAL DEMANDED** |
| DYSON, INC. and DYSON TECHNOLOGY LIMITED,<br><br>   *Counterclaim Plaintiffs*,<br><br> v.<br><br>SHARKNINJA OPERATING LLC, SHARKNINJA SALES COMPANY, and SHARKNINJA INC.,<br><br>and<br><br>OMACHRON ALPHA INC. and OMACHRON INTELLECTUAL PROPERTY INC.<br><br>   *Counterclaim Defendants*. | |
| SHARKNINJA OPERATING LLC, SHARKNINJA SALES COMPANY, and SHARKNINJA INC.,<br><br>and | |

OMACHRON ALPHA INC. and
OMACHRON INTELLECTUAL
PROPERTY INC.,

   *Counter-counterclaim Plaintiffs,*

v.

DYSON, INC. and DYSON TECHNOLOGY
LIMITED,

   *Counter-counterclaim Defendants*.

## JOINT MOTION TO AMEND CASE SCHEDULE (D.I. 103 &104)

  Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 16.1(g), SharkNinja Operating LLC, SharkNinja Sales Company, SharkNinja, Inc., Omachron Alpha Inc., and Omachron Intellectual Property Inc., together with Dyson, Inc., and Dyson Technology, Limited (altogether, the "Parties"), by and through their undersigned counsels, respectfully move this Court to enter an Order modifying certain of the current case deadlines established in D.I. 103 & 104, as reflected in Exhibit A as attached hereto.

  Federal Rule of Civil Procedure 16(b)(4) states that "[a] schedule may be modified only for good cause." Likewise, Local Rule 16.1(g) only allows for the modification of a scheduling order "upon a showing of good cause." Good cause exists here for the Court to enter the Parties' Joint Amended Scheduling Order. First, and for purposes of facilitating coordination of fact depositions as between this Action and the co-pending International Trade Commission Investigation (*Certain Surface Cleaning Devices and Components Thereof*, No. 337-TA-1404 (Apr. 23, 2024)) (the "ITC Investigation"), the Parties request the modest modifications to the current case deadlines as reflected in Exhibit A in view of the substantial overlap in fact discovery as between this Action and the ITC Investigation so as to avoid duplicative witness depositions

2

and reduce costs for both Parties.  Second, given the Court's August 15, 2024 Order setting the *Markman* hearing for September 17, 2024 (D.I. 167), the Parties believe that the modest modifications to the current case deadlines would afford the Parties additional time to address the Court's forthcoming *Markman* order for purposes of drafting and preparing expert reports.  Lastly, this extension request does not prejudice either of the Parties, who both agree to these modifications to the current case schedule.

WHEREFORE, the Parties therefore respectfully request that this Court enter an Order granting the Parties' Joint Motion to Amend the Case Schedule as to the deadlines reflected in Exhibit A.

| | |
|---|---|
| Dated: September 4, 2024 | Respectfully submitted, |
| */s/Jay Emerick* | */s/Brian A. Rosenthal* |
| Kristina R. Cary (BBO #688759) | Joseph J. Mueller |
| **KIRKLAND & ELLIS LLP** | Wilmer Cutler Pickering Hale and Dorr LLP |
| 200 Clarendon Street | 60 State Street |
| Boston, MA 02116 | Boston, Massachusetts 02109 |
| Tel: 617-385-7500 | (617) 526-6000 |
| Fax: 617-385-7501 | joseph.mueller@wilmerhale.com |
| kristina.cary@kirkland.com | |
| | Todd C. Zubler (*pro hac vice*) |
| Bryan S. Hales, P.C. | Wilmer Cutler Pickering Hale And Dorr LLP |
| Jay Emerick | 2100 Pennsylvania Avenue NW |
| Adam Janes | Washington, DC 20037 |
| Christian Huehns | (202) 663-6000 |
| **KIRKLAND & ELLIS LLP** | todd.zubler@wilmerhale.com |
| 333 West Wolf Point Plaza | |
| Chicago, IL 60654 | Omar A. Khan (*pro hac vice*) |
| Telephone: 312-862-2000 | Jeffrey A. Dennhardt (*pro hac vice*) |
| Facsimile: 312-862-2200 | Wilmer Cutler Pickering Hale and Dorr LLP |
| bryan.hales@kirkland.com | 7 World Trade Center |
| jay.emerick@kirkland.com | 250 Greenwich Street |
| adam.janes@kirkland.com | New York, New York 10007 |
| christian.huehns@kirkland.com | (212) 230-8800 |
| | omar.khan@wilmerhale.com |
| Caitlin Dean | jeffrey.dennhardt@wilmerhale.com |
| Matt Hershkowitz | |

3

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: 212-446-4800
Facsimile: 212-446-4900
caitlin.dean@kirkland.com
matt.hershkowitz@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*

OF COUNSEL:

Brian A. Rosenthal (*pro hac vice*)
Benjamin Hershkowitz (*pro hac vice*)
Vivian Lu (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
brosenthal@gibsondunn.com
bhershkowitz@gibsondunn.com
vlu@gibsondunn.com

Brian Buroker (*pro hac vice*)
Wendy W. Cai (*pro hac vice*)
A. David Brzozowski (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8500
bburoker@gibsondunn.com
wcai@gibsondunn.com
dbrzozowski@gibsondunn.com

Robert Vincent (*pro hac vice*)
Mark Reiter (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue
Dallas, TX 75201-2923
(214) 698-3100
rvincent@gibsondunn.com
mreiter@gibsondunn.com

*Attorneys for Plaintiffs SharkNinja Operating LLC, SharkNinja Sales Company, SharkNinja, Inc., Omachron Alpha Inc., and Omachron Intellectual Property, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on September 4, 2024, all counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via email. Any other counsel of record will be served by first class mail.

                                                                   /s/Brian A. Rosenthal