# EXHIBIT A

**JOINT MODIFICATIONS TO CASE DEADLINES**

| Event | District Court Schedule (Current) | District Court Schedule (Proposed) |
|---|---|---|
| Fact Discovery Closes | September 23, 2024 | October 18, 2024 |
| Deadline to Serve Opening Expert Reports on Issues Where the Party Bears the Burden of Proof | October 25, 2024 | November 18, 2024 |
| Deadline to Serve Rebuttal Expert Reports on Issues Where the Party Does Not Bear the Burden of Proof | November 22, 2024 | December 16, 2024 |
| Expert Discovery Closes | December 20, 2024 | January 17, 2025 |
| Deadline for Filing Dispositive Motions (including *Daubert*) | February 14, 2025 | February 14, 2025 |